UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JOSEPH SIMMONS, JR, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, ACTING Commissioner of Social Security, <br><br> Defendant. | CASE NO.: 1:21-cv-00779-GSA <br><br> **ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINE FORMS** |

Pursuant to the order regarding consent/decline of magistrate judge jurisdiction (Doc. 9), the parties were directed to complete the form of consent/decline (Doc. 9-2) within 90 days thereof, which they have not done.

According, the parties are **DIRECTED** to complete and file the same within 10 days of the issuance of this order.

IT IS SO ORDERED.

Dated:   **March 15, 2022**              /s/ Gary S. Austin
                                                    UNITED STATES MAGISTRATE JUDGE